IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC and FOREST LABORATORIES HOLDINGS, LTD., <br><br>    Plaintiffs, <br><br>    v. <br><br>SIGMAPHARM LABORATORIES, LLC, *et al*. <br><br>    Defendants. | C.A. No. 14-1119 (SLR) <br>**CONSOLIDATED** |
| FOREST LABORATORIES, LLC and FOREST LABORATORIES HOLDINGS, LTD., <br><br>    Plaintiffs, <br><br>    v. <br><br>ALEMBIC PHARMACEUTICALS LTD., ALEMBIC GLOBAL HOLDING SA and ALEMBIC PHARMACEUTICALS, INC., <br><br>    Defendants. | C.A. No. 15-158 (SLR) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

C.A. No. 15-158 (SLR) is consolidated with C.A. No. 14-1119 (SLR) (previously consolidated)

for all purposes and subject to the schedule entered by the Court in C.A. No. 14-1119 (SLR).

(D.I. No. 21) All documents shall be filed in C.A. No. 14-1119 (SLR).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Maryellen Noreika* | */s/ Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Karen L. Pascale (#2903)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>pkraman@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Alembic Pharmaceuticals Ltd., Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.* |
| SHAW KELLER LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| */s/ Karen E. Keller* | */s/ Jack C. Phillips, Jr.* |
| Karen E. Keller (#4489)<br>Jeffrey T. Castellano (#4837)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com |
| *Attorneys for Hikma Pharmaceuticals, LLC, Hikma Pharmaceuticals, PLC, and West-Ward Pharmaceutical Corp.* | *Attorneys for Sigmapharm Laboratories, LLC* |

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

---

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
Sara E. Bussiere (#5725)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Breckenridge Pharmaceutical, Inc.*


SO ORDERED this _____ day of March 2015.

---

United States District Judge