IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC and<br>FOREST LABORATORIES HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SIGMAPHARM LABORATORIES, LLC, et al.<br><br>Defendants. | C.A. No. 14-1119 (SLR) (SRF)<br>**CONSOLIDATED** |
| FOREST LABORATORIES, LLC and<br>FOREST LABORATORIES HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC,<br>AMNEAL PHARMACEUTICALS OF<br>NEW YORK, LLC and<br>AMNEAL PHARMACEUTICALS CO.<br>INDIA PVT. LTD.,<br><br>Defendants. | C.A. No. 15-430 (SLR) |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that C.A. No. 15-430 (SLR) is consolidated with C.A. No. 14-1119 (SLR) (SRF) (previously consolidated) for all purposes. In order to facilitate consolidation, the Scheduling Order entered by the Court in C.A. No. 14-1119 (SLR) (SRF) (D.I. 21) is hereby amended as follows. The parties further request that the Court reschedule the claim construction hearing for late November, subject to the Court's availability. All other dates remain unchanged. All documents shall be filed in C.A. No. 14-1119 (SLR) (SRF).

| **Event** | **Original Date** | **Amended / New Date** |
|---|---|---|
| Fed. R. Civ. P. 26(a)(1) disclosures between Forest and Amneal | N/A | September 25, 2015 |
| Disclosures pursuant to paragraph 3 of the Default Standard between Forest and Amneal | N/A | September 25, 2015 |
| Plaintiffs to identify accused product(s), as well as asserted patent(s) the accused product(s) allegedly infringe(s) and produce file histories to Amneal | N/A | September 25, 2015 |
| Amneal identifies any claim terms in need of construction along with their respective proposed constructions | N/A | September 23, 2015 |
| Amneal to produce its complete ANDA | N/A | September 25, 2015 |
| Plaintiffs and Amneal shall simultaneously serve and file opening claim construction briefs, limited to 6 pages, addressing any claim terms in need of construction in the '476 patent | N/A | October 6, 2015 |
| Plaintiffs to produce an initial claim chart to Amneal | N/A | October 16, 2015 |
| Expert discovery related to opening claim construction briefs shall be completed | September 16, 2015 | October 30, 2015 |
| Amneal to produce initial invalidity contentions | N/A | November 16, 2015 |
| Parties shall serve and file simultaneous responsive claim construction briefs | October 5, 2015 | November 5, 2015 |

| Event | Original Date | Amended / New Date |
|---|---|---|
| All motions to join other parties and/or to amend pleadings, between Plaintiffs and Amneal, shall be filed | N/A | November 30, 2015 |
| Completion of paper and electronic document discovery, between Plaintiffs and Sigmapharm, Breckenridge, Hikma, and Alembic, to be completed | October 2, 2015 | November 13, 2015 |
| Completion of paper and electronic document discovery, between Plaintiffs and Amneal, to be completed | N/A | December 18, 2015 |
| Expert discovery related to responsive claim construction briefs shall be completed | October 19, 2015 | November 19, 2015 |
| Claim Construction Hearing | October 30, 2015 | November __, 2015 |

The parties anticipate that these scheduling modifications will facilitate consolidation of related case no. 1:15-cv-00430-SLR with the present action and allow all parties to participate in the Markman proceedings. The parties agree that the above modifications will not be used as a basis to seek a modification of the trial date.

3

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Maryellen Noreika* | */s/ Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014) | Karen L. Pascale (#2903) |
| Maryellen Noreika (#3208) | Pilar G. Kraman (#5199) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@mnat.com | kpascale@ycst.com |
| mnoreika@mnat.com | pkraman@ycst.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Alembic Pharmaceuticals Ltd., Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.* |
| | |
| SHAW KELLER LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| | |
| */s/ Karen E. Keller* | */s/ John C. Phillips* |
| Karen E. Keller (#4489) | John C. Phillips, Jr. (#110) |
| Jeffrey T. Castellano (#4837) | Megan C. Haney (#5016) |
| 300 Delaware Avenue, Suite 1120 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE  19806 |
| (302) 298-0700 | (302) 655-4200 |
| kkeller@shawkeller.com | jcp@pgslaw.com |
| jcastellano@shawkeller.com | mch@pgslaw.com |
| | |
| *Attorneys for Hikma Pharmaceuticals, LLC, Hikma Pharmaceuticals, PLC, and West-Ward Pharmaceutical Corp.* | *Attorneys for Sigmapharm Laboratories, LLC* |

| | |
|---|---|
| BAYARD, P.A. | SMITH KATZENSTEIN & JENKINS LLP |
| */s/ Stephen B. Brauerman* | */s/ Neal C. Belgam* |
| Richard D. Kirk (#922) | Neal C. Belgam (#2721) |
| Stephen B. Brauerman (#4952) | Robert K. Beste (#3931) |
| Vanessa R. Tiradentes (#5398) | 1000 West Street, Suite 1501 |
| Sara E. Bussiere (#5725) | P.O. Box 410 |
| 222 Delaware Avenue | Wilmington, DE 19899 |
| Suite 900 | (302) 652-8400 |
| P.O. Box 25130 | nbelgam@skjlaw.com |
| Wilmington, DE 19899 | rbeste@skjlaw.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendants Amneal* |
| sbrauerman@bayardlaw.com | *Pharmaceuticals, LLC, Amneal* |
| vtiradentes@bayardlaw.com | *Pharmaceuticals of New York, LLC, and* |
| sbussiere@bayardlaw.com | *Amneal Pharmaceuticals Co. India PVT. LTD.* |

*Attorneys for Breckenridge Pharmaceutical, Inc.*

SO ORDERED this _____ day of September, 2015.

_____
United States District Judge