**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FOREST LABORATORIES, LLC and<br>FOREST LABORATORIES HOLDINGS,<br>LTD., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 14-1119-SLR-SRF |
| v. | ) <br> ) | (CONSOLIDATED) |
| SIGMAPHARM LABORATORIES, LLC, *et al*. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to

the approval of the Court, that post-trial submissions shall proceed as follows:

| | |
|---|---|
| January 13, 2017 | Post-Trial Opening Briefs from both sides on all issues, including infringement, validity, and objective indicia of nonobviousness |
| February 28, 2017 | Post-Trial Answering Briefs on all issues |

Each side is limited to a total of 120 pages for its post-trial submissions, and its

Answering Brief shall not be longer than its Opening Brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*


SHAW KELLER LLP

 /s/ Jeffrey T. Castellano
Karen E. Keller (#4489)
Jeffrey T. Castellano (#4837)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com

*Attorneys for Hikma Pharmaceuticals, LLC,
Hikma Pharmaceuticals, PLC, and West-Ward
Pharmaceutical Corp.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Karen L. Pascale
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Alembic Pharmaceuticals Ltd.,
Alembic Global Holding SA, and Alembic
Pharmaceuticals, Inc.*


PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL,
P.A.

 /s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Sigmapharm Laboratories, LLC*

BAYARD, P.A.                                    SMITH, KATZENSTEIN & JENKINS LLP

_/s/ Stephen B. Brauerman_                       _/s/ Eve H. Ormerod_
Richard D. Kirk (#922)                           Neal C. Belgam (#2721)
Stephen B. Brauerman (#4952)                     Eve H. Ormerod (#5369)
Sara E. Bussiere (#5725)                         1000 West Street, Suite 1501
222 Delaware Avenue                              P.O. Box 410
Suite 900                                        Wilmington, DE 19801
P.O. Box 25130                                   (302) 652-8400
Wilmington, DE  19899                            nbelgam@skjlaw.com
(302) 655-5000                                   eormerod@skjlaw.com
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com                         *Attorneys for Defendants Amneal*
sbussiere@bayardlaw.com                          *Pharmaceuticals, LLC, Amneal*
                                                 *Pharmaceuticals of New York, LLC, and*
*Attorneys for Breckenridge Pharmaceutical,*     *Amneal Pharmaceuticals Co. India PVT. LTD.*
*Inc.*

DATED:  November 16, 2016


SO ORDERED this _____ day of November, 2016.


                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

01:20437088.1