## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC and<br>FOREST LABORATORIES HOLDINGS,<br>LTD., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )   C.A. No. 14-1119-SLR-SRF<br>)   (CONSOLIDATED)<br>) |
| SIGMAPHARM LABORATORIES, LLC, *et al*. | )<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION AND ORDER TO EXTEND
## DEADLINES FOR POST-TRIAL BRIEFING

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to

the approval of the Court, that Defendants have requested and Plaintiffs have agreed to extend

the deadline for all parties to submit Post-Trial Answering Briefs from March 7, 2017 until

March 10, 2017.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP          BAYARD, P.A.

 */s/ Maryellen Noreika*                       */s/ Stephen B. Brauerman*
Jack B. Blumenfeld (#1014)                    Stephen B. Brauerman (#4952)
Maryellen Noreika (#3208)                     Sara E. Bussiere (#5725)
1201 North Market Street                      222 Delaware Avenue
P.O. Box 1347                                 Suite 900
Wilmington, DE  19899                         P.O. Box 25130
(302) 658-9200                                Wilmington, DE  19899
jblumenfeld@mnat.com                          (302) 655-5000
mnoreika@mnat.com                             sbrauerman@bayardlaw.com
                                              sbussiere@bayardlaw.com

*Attorneys for Plaintiffs*

                                              *Attorneys for Breckenridge Pharmaceutical, Inc.*

SHAW KELLER LLP

 /s/ Jeffrey T. Castellano
Karen E. Keller (#4489)
Jeffrey T. Castellano (#4837)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com

*Attorneys for Hikma Pharmaceuticals, LLC,
Hikma Pharmaceuticals, PLC, and West-Ward
Pharmaceutical Corp.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Karen L. Pascale
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Alembic Pharmaceuticals Ltd.,
Alembic Global Holding SA, and Alembic
Pharmaceuticals, Inc.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

 /s/    John C. Phillips
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Sigmapharm Laboratories, LLC*

SMITH, KATZENSTEIN & JENKINS LLP

 /s/ Eve H. Ormerod
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendants Amneal
Pharmaceuticals, LLC, Amneal Pharmaceuticals
of New York, LLC, and Amneal Pharmaceuticals
Co. India PVT. LTD.*

   DATED:  March 6, 2017


   IT IS SO ORDERED this _____ day of March, 2017.


                                    _____
                                    UNITED STATES DISTRICT JUDGE