# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Maryellen Noreika**
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

March 20, 2017

The Honorable Sue L. Robinson　　　　　　　　　　*VIA HAND DELIVERY AND*
United States District Court　　　　　　　　　　　　*ELECTRONIC FILING*
　for the District of Delaware
844 North King Street
Wilmington, DE 19801

　　　　　　Re:　*Forest Laboratories, LLC, et al. v. Sigmapharm Laboratories, LLC, et al.*
　　　　　　　　C.A. No. 14-1119 (SLR) (SRF) (Consolidated)

Dear Judge Robinson:

　　　　Enclosed are two disks, each containing electronic versions of Plaintiffs' Opening Post-Trial Brief (D.I. 287) and Plaintiffs' Responsive Post-Trial Brief (D.I. 292) with hyperlinks to the exhibits, transcripts, cases and statutes cited in the briefs.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　*/s/ Maryellen Noreika*

　　　　　　　　　　　　　　　　　　Maryellen Noreika (#3208)

MN/dss
Enclosures
cc:　　Clerk of the Court (Via Hand Delivery; w/enclosures)
　　　All Counsel of Record (Via Electronic Mail; w/out enclosures)