# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC and FOREST LABORATORIES HOLDINGS, LTD., <br><br>                        Plaintiffs, <br><br>        v. <br><br>SIGMAPHARM LABORATORIES, LLC, <br><br>                        Defendant. | C.A. No. 14-1119-SLR-SRF (CONSOLIDATED) <br><br> C.A. No. 14-01504-SLR-SRF (Breckenridge) |

## DEFENDANT BRECKENRIDGE PHARMACEUTICAL, INC.'S NOTICE OF APPEAL

Notice is hereby given that Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment dated July 11, 2017 (entered in the consolidated case (D.I. 325) and the action against Breckenridge (D.I. 24)) issued by the United States District Court for the District of Delaware insofar as the Final Judgment relates to the validity of U.S. Patent No. 5,763,476 and from any and all other adverse orders, findings, or conclusions relating thereto, including the Opinion (D.I. 322) dated June 30, 2017 and Order (D.I. 323) dated June 30, 2017.

Dated: July 28, 2017

OF COUNSEL:
Beth D. Jacob
Clifford Katz
Malavika Rao
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Robert F. Vroom
Breckenridge Pharmaceutical, Inc.
60 East 42nd Street, Suite 5210
New York, NY 10165
(646) 448-1309

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant-Counterclaim Plaintiff Breckenridge Pharmaceutical, Inc.*